COMEAU & BUNKER
By: ALLEN R. BUNKER, Esquire
Attorney I.D.#: 45132
Four Penn Center, Suite 500
1600 JFK Boulevard
Philadelphia, PA 19103-2808
(215) 814-6180

Attorney for Defendant,
Focus Receivables Management LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

MARLYN D. PHILLIPS

          Plaintiff

    v.

FOCUS RECEIVABLES MANAGEMENT, LLC
AND JOHN DOES 1-10 AND
X, Y, Z CORPORATIONS

          Defendants

No. 11-5632

---

### STIPULATION FOR DISMISSAL

AND NOW, this 2nd day of November, 2011, it is hereby stipulated and agreed between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

_____
VICKI PIONTEK, ESQUIRE
Attorney for Plaintiff

_____
ALLEN R. BUNKER
Attorney for Defendant,
Focus Receivables Management LLC

BY THE COURT:

_____
U.S.D.J.